962 So.2d 360 (2007)
Regine DAVIS, Appellant,
v.
TMG STAFFING SERVICES, INC. and CNA (Maitland), Appellees.
No. 1D06-1445.
District Court of Appeal of Florida, First District.
July 24, 2007.
Karla G. Hart and Paul M. Anderson of Anderson & Associates, P.A., Tallahassee, for Appellant.
Michael D. Quiggins of Eraclides, Johns, Hall, Gelman, Eikner & Johannessen, L.L.P., for Appellees.
PER CURIAM.
AFFIRMED. See A. Duda & Sons, Inc. v. Kelley, 900 So.2d 664, 667-68 (Fla. 1st DCA 2005) (requiring proof of major contributing cause and noting that "[t]he E/C in [Claims Mgmt., Inc. v.] Drewno [, 727 So.2d 395 (Fla. 1st DCA 1999), unlike the appellees here] conceded the psychiatric injury at issue was a `manifestation' contested *361 under section 440.09(1), Florida Statutes").
BENTON, PADOVANO & THOMAS, JJ., concur.